UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 MAY -2  PM 4: 10

_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim. No. 5:13.cr.64 |
| JD ABBOTT, KATE SHATNEY and SHELBY HILSON | ) (21 U.S.C. §§ 841, 846) |

### INDICTMENT

The Grand Jury charges as follows:

### COUNT 1

From in or about January 2012 to in or about December 2012, in the District of Vermont, the Defendants, JD ABBOTT, KATE SHATNEY and SHELBY HILSON, did knowingly and willfully conspire with each other and with others known and unknown to the Grand Jury to distribute a quantity of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846, 841(b)(1)(C))

## COUNT 2

On or about November 28, 2012, in the District of Vermont, the Defendants, JD ABBOTT and SHELBY HILSON, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2)

## COUNT 3

On or about December 4, 2012, in the District of Vermont, the Defendant, JD ABBOTT, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1), 841(b)(1)(C))

## COUNT 4

On or about December 11, 2012, in the District of Vermont, the Defendant, JD ABBOTT, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1), 841(b)(1)(C))

## COUNT 5

On or about December 13, 2012, in the District of Vermont, the Defendant, KATE SHATNEY, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1), 841(b)(1)(C))

## COUNT 6

On or about December 18, 2012, in the District of Vermont, the Defendant, JD ABBOTT, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1), 841(b)(1)(C))

## COUNT 7

On or about December 19, 2012, in the District of Vermont, the Defendant, JD ABBOTT, did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1), 841(b)(1)(C))

A TRUE BILL

███████ █████

FOREPERSON

_____
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
May 2, 2013